JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MONE, an individual; JOANNA MONE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SAFECO INSURANCE COMPANIES, corporation, and DOES 1 TO 20, INCLUSIVE, <br><br> Defendants. | Case No. 2:24-cv-09494-SVW-E <br><br> [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety with prejudice, each side to bear her, his, and its own costs and attorneys' fees.

All previously set dates are vacated and off-calendar

IT IS SO ORDERED.

May 29, 2025

DATED: May 29, 2025

STEPHEN V. WILSON



~~HON. STEVEN V. WILSON~~
UNITED STATES DISTRICT JUDGE